**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7760**

---

KENNETH M. KNIGHT, SR.,

Petitioner - Appellant,

versus

MICHAEL YORK, Superintendent of Albermarle
Correctional Institution,

Respondent - Appellee.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. James A. Beaty, Jr.,
District Judge. (CA-01-274-01-1)

---

Submitted: February 5, 2002          Decided: April 16, 2002

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kenneth M. Knight, Sr., Appellant Pro Se. Sandra Wallace-Smith,
Assistant Attorney General, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth M. Knight, Sr., seeks to appeal the dismissal of his petition for writ of habeas corpus filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). The district court's final order was entered on July 20, 2001. Knight filed a notice of appeal dated October 5, 2001, well after his time for noting an appeal had expired under Fed. R. App. P. 4(a)(1)(A). In this document Knight claimed he did not receive notice of entry of final judgment until September 24, 2001. Even if the notice of appeal were considered as a motion for extension of time under Fed. R. App. P. 4(a)(6), cf. Shah v. Hutto, 722 F.2d 1167, 1168-69 (4th Cir. 1983), it was filed more than seven days after the date Knight claims to have received notice of the district court's order and is, therefore, untimely. See Fed. R. App. P. 4(a)(6)(A); Hensley v. Chesapeake & O. Ry. Co., 651 F.2d 226, 228 (4th Cir. 1981). Because we are without jurisdiction, we deny a certificate of appealability and dismiss the appeal. See Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2